IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Clementine | Case Number: 06 B 13373 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 10/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 26, 2008
Confirmed: December 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,750.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 1,484.40 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 194.64 |
| Other Funds: | | 70.96 |
| Totals: | 3,750.00 | 3,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 2,000.00 | 2,000.00 |
| 2. | American Leasing Sales Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 40.00 | 400.00 |
| 4. | B-Line LLC | Unsecured | 24.26 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 69.37 | 693.67 |
| 6. | Premier Bankcard | Unsecured | 39.07 | 390.73 |
| 7. | B-Line LLC | Unsecured | 13.81 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 9. | Allied International Credit | Unsecured | | No Claim Filed |
| 10. | AFNI | Unsecured | | No Claim Filed |
| 11. | Cbe Group | Unsecured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | CMS/Medicare | Unsecured | | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | First Premier | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 23. | First Nat'l Bank of Boston | Unsecured | | No Claim Filed |
| 24. | NAFS | Unsecured | | No Claim Filed |
| 25. | Leading Edge | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Clementine | Case Number: 06 B 13373 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 7/22/08 | Filed: 10/18/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 27. | Nationwide Recovery Sys | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | Sanford Kahn | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 31. | Orchard VS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,186.51 | $ 3,484.40 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 48.00 |
| 5.4% | 135.00 |
| 6.5% | 11.64 |
| | _____ |
| | $ 194.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

